



THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-227-4071*
*Facsimile: (212) 788-9776*
*sscharfs@law.nyc.gov*

November 30, 2007

**BY HAND**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

**APPLICATION GRANTED
SO ORDERED**

11/30/07

John G. Koeltl, U.S.D.J.

Re:  Alcantara v. City of New York, et al., 07 CV 6480 (JGK)

Dear Judge Koeltl:

I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendants City of New York and the Office of the Special Narcotics Prosecutor in the above-referenced action alleging violations of plaintiff's civil rights. Defendants respectfully request that their time to respond to the amended complaint be extended by sixty days from the current due date of December 3, 2007, to February 4, 2008.  Plaintiff's counsel has consented to this request for an enlargement of time.

We request this enlargement of time because, in keeping with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the amended complaint.  It appears from the amended complaint that plaintiff is alleging violations of his Constitutional rights arising principally from activities of federal Drug Enforcement Administration agents that led to plaintiff's arrest pursuant to a federal arrest warrant in 2004, related to events that took place as early as 2001, and plaintiff's subsequent indictment and prosecution on charges of money laundering of proceeds of narcotics activity and conspiracy to commit money laundering.  Plaintiff alleges that the charges were ultimately dismissed, and therefore the underlying records may be sealed.  Accordingly, this

office is beginning the process of investigating the underlying matter so that we can properly assess the case and respond to the amended complaint.[1]

In addition, plaintiff has named as a defendant an investigator in the Office of the Special Narcotics Prosecutor who may request representation from this office pursuant to Section 50-k of the New York General Municipal Law. If and when plaintiff has served this defendant, without appearing or making any representations on his behalf, we respectfully request that he be granted the same extension of time in which to respond to the allegations of the amended complaint in order to ensure that his defenses are not jeopardized while representational issues are being addressed.

No previous request for an extension of time to respond to the amended complaint has been made by defendants City of New York or the Office of the Special Narcotics Prosecutor. Accordingly, we respectfully request that defendants' time to answer or otherwise respond to the amended complaint be extended to February 4, 2008.

Thank you for your consideration herein.

Respectfully submitted,

Susan P. Scharfstein

cc:    Joanne Dwyer, Esq.
       Attorney for Plaintiff
       225 Broadway, 41st Floor
       New York, NY 10007
       (by hand)

---

[1] We note that, although this action was commenced on July 17, 2007, none of the named defendants appear to have been served with the original complaint. This enlargement also will give plaintiff time in which to serve the remaining defendants, if he has not already done so, before issue is joined as to any of the defendants.