UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DIEGO ALCANTARA,                   Index No. : 07 CIV 6480 (JGK)(JCF)

         Plaintiff,                    **AFFIDAVIT OF SERVICE**

        -against-

THE CITY OF NEW YORK, OSN PROS for
NYC Sr. Inv. ROGER CASUSO, et al.

         Defendants.
_____

State of New York    )
                          ) ss.:
County of New York  )

       Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New Jersey:

       (1)     That on the 13th day of November 2007 at 5:41 p.m., deponent served a Summons, Complaint, First Amended Summons and First Amended Complaint in the above-captioned matter upon New York City Law Department, 100 Church Street, New York, NY 10007. The documents were accepted and stamped by Soraya Bonit, system analyst.

       (2)     That on the 13th day of November 2007 at 8:45 p.m., deponent served a Summons, Complaint, First Amended Summons and First Amended Complaint upon Roger Casuso at his place of employment, New York County District Attorney's Office, 100 Centre St., 2nd floor, New York, NY 10007. The documents were accepted by Special Narcotics Prosecutor Sullivan. Ms. Sullivan was a white female, approximately 30 years old, 5'8" tall, 160 pounds with long black hair and was pregnant.

1

(3) That on the 13th day of November 2007, at 9:00 p.m. deponent served a Summons, Complaint, First Amended Summons and First Amended Complaint in the above-captioned matter upon defendants Crane, Oldano, Dellamara and Caruso at their place of business, USDOJ DEA, 99 10th Ave., New York, NY. The documents were accepted by Security Officer Locke. SO Locke was a light-skinned black man from Honduras, approximately 60 years old, 5'9" tall, 190 pounds, with glasses and gray hair.

(4) Deponent mailed true copies of the Summons, Complaint, First Amended Summons and First Amended Complaint in the above-captioned matter to each defendant listed in paragraphs 2-3 above. Each set of documents was sent in a separate envelope addressed to the individual defendant and mailed to the same address where documents had been served. The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendants. The envelopes were placed in a U.S. mailbox at 23rd St. and 6th Ave., New York, NY 10011.

Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 9th day of January 2005

Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in _____ County
Commission _____ 8, 2009