```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIEGO ALCANTARA,

                Plaintiffs,

- against -

THE CITY OF NEW YORK,

                Defendants.

---

07 Civ. 6480 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff's time to serve the defendants is extended to April 4, 2008.

Another conference is scheduled **May 9, 2008** at **2:30 p.m.**

SO ORDERED.

Dated: New York, New York
       February 4, 2008

_____
John G. Koeltl
United States District Judge