UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIEGO ALCANTARA,

                  Plaintiff,

-against-

THE CITY OF NEW YORK, OSN PROS for
NYC Sr. Inv. ROGER CASUSO, et al.

                  Defendants.

Index No. : 07 CIV 6480 (JGK)(JCF)

**AFFIDAVIT OF SERVICE**

State of New York   )
                       ) ss.:
County of New York )

    Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New Jersey:

(1)    That on the 3rd day of April 2008 at 10:00 a.m., deponent served a Summons, Complaint, First Amended Summons and First Amended Complaint upon Roger Casuso at his place of employment, New York County District Attorney's Office, 80 Centre St., 6th floor, New York, NY 10007. The documents were accepted and stamped by an Asian female. The recipient was an Asian female, approximately 55 years old, 4'11" tall, 125 pounds with short black hair, glasses.

(2)    That on the 3rd day of April 2008 at 10:15 a.m., deponent served a Summons, Complaint, First Amended Summons and First Amended Complaint upon the United States Attorney's Office, Southern District of New York at 86

1

Chambers St., 3rd floor, New York, NY. The documents were accepted by Aretakha Charles, civil clerk. Ms. Charles is African-American, approximately 5'6" tall, 180 pounds, 30 years old, with black hair.

(3)    That on the 3rd day of April 2008, at 11:25 a.m., deponent served a Summons, Complaint, First Amended Summons and First Amended Complaint in the above-captioned matter upon defendants Crane, Oldano, Dellamara and Caruso at their place of business, USDOJ DEA, 99 10th Ave., New York, NY. The documents were accepted by Special DEA Agent Cordova. Cordova is a Filipino male, approximately 5' tall, 35 years old, 150 pounds with black hair.

(4)    Deponent mailed true copies of the Summons, Complaint, First Amended Summons and First Amended Complaint in the above-captioned matter to each defendant listed in paragraphs 1-3 above. Each set of documents was sent in a separate envelope addressed to the individual defendant and mailed to the same address where documents had been served. The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendants. The envelopes were placed in a U. S. mailbox at 23rd St. and 6th Ave., New York, NY 10011.

Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 4th day of April 2008

Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

2

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Southern___ District of ___New York___

DIEGO ALCANTARA

V.

THE CITY OF NEW YORK, OSN PROS for NYC
Sr. Inv. ROGER CASUSO, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6480**

**JUDGE KOELTL**

TO: (Name and address of Defendant)

   The City of New York, Office of the Special Narcotics Prosecutor for the
   City of New York Senior Investigator Roger Casuso, 100 Church Street,
   New York, NY 10007, USDOJ DEA SA Mark Crane, John Oldano,
   Dellamara, John Doe, Group Spvr. Nicholas Caruso, unknown address

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Joanne M. Dwyer, Esq.
   225 Broadway
   41st Floor
   New York, NY 10007

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                             JUL 1 7 2007

CLERK  _/s/ Marcos Quintero_                                   DATE

(By) DEPUTY CLERK



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DIEGO ALCANTARA

**SUMMONS IN A CIVIL ACTION**

V.

THE CITY OF NEW YORK, OSN PROS for NYC Sr. Inv. ROGER CASUSO, et al.

CASE NUMBER:

**07 CIV 6480**

**JUDGE KOELTL**

TO: (Name and address of Defendant)

The City of New York, Office of the Special Narcotics Prosecutor for the City of New York Senior Investigator Roger Casuso, 100 Church Street, New York, NY 10007, USDOJ DEA SA Mark Crane, John Oldano, Dellamara, John Doe, Group Spvr. Nicholas Caruso, unknown address

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joanne M. Dwyer, Esq.
225 Broadway
41st Floor
New York, NY 10007

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE