# Affidavit of Process Server

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

DIEGO ALCANTARA ___ vs CITY OF NEW YORK, ET AL ___    07 CV 6480 (JGK)
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE NUMBER

I __Gregory A. Keller_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Special Agent Michael Dellamura_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons & Complaint & Amended Complaint_____

by leaving with __Michael Dellamura_____    __Self_____ At
NAME      RELATIONSHIP

☐ Residence _____
ADDRESS      CITY / STATE

☑ Business __10210 Governor Lane Blvd._____    __Williamsport, MD_____
ADDRESS      CITY / STATE

On __April 8, 2008_____ AT __2:13 P.M._____
DATE      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY     STATE     ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE    TIME      DATE    TIME

(3)_____ (4)_____ (5)_____
DATE    TIME      DATE    TIME      DATE    TIME

**Description:.** Age __30's__ Sex __M__ Race __W__ Height __6-0__ Weight __180__ Hair __Brown__ Beard __No__ Glasses __No__

<em>Gregory Keller</em><br>SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __8th__ day of __April_____, 20 __08__ by __Gregory A. Keller__,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

<em>Denise L. Keller</em><br>SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of __Maryland__



FORM 2     NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Washington County, Maryland
Notary Public
Denise Lichliter Keller
My Commission Expires 03/01/2011