UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIEGO ALCANTARA,

               Plaintiff,

- against -

THE CITY OF NEW YORK, ET AL.,

               Defendants.

07 Civ. 6480 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff will file an Amended Complaint by **June 20, 2008**. The time to move or answer or otherwise plead is by **August 8, 2008** for the federal defendants, **August 22, 2008** for the city defendants. The plaintiff's response to any motion is due **September 19, 2008**. The defendant's reply is due **October 3, 2008**.

Discovery is stayed pending a decision on the merits of any motion. No further conference is necessary before any motion. The time for plaintiff to serve all defendants (if not already served) is extended to **June 20, 2008**.

SO ORDERED.

Dated: New York, New York
      June 3, 2008

                                               John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08