UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEGO ALCANTARA,<br><br>                              Plaintiff,<br><br>             v.<br><br>OFFICE OF THE SPECIAL NARCOTICS PROSECUTOR FOR THE CITY OF NEW YORK UC 133, Individually and as an undercover officer for the Office of the Special Narcotics Prosecutor for the City of New York, UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT MARK CRANE, UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT JOHN OLDANO, UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT MICHAEL DELLAMARA, and UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION Group Supervisor NICHOLAS CARUSO, all individual USDOJ DEA Defendants are being sued in their individual capacities,<br><br>                              Defendants. | ECF Case<br><br>No. 07 Civ. 6480 (JGK)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the memorandum of law in support of the motion of defendants Mark Crane, Michael Dellamura, John Oldano, and Nicholas Caruso (the "DEA Agents") to dismiss the second amended complaint, or, in the alternative, for summary judgment, defendants' statement pursuant to Local Rule 56.1, the Declarations of David Bober and the DEA Agents, and upon all the pleadings filed in this action, the DEA Agents, by their attorney,

Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for an order dismissing the second amended complaint pursuant to Rules 12(b)(1), 12(b)(6), and 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just.

Dated: New York, New York
       August 8, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants Mark Crane,
Michael Dellamura, John Oldano, and
Nicholas Caruso

By:   /s/ David Bober
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3d Floor
New York, NY 10007
Telephone: (212) 637-2718
Facsimile: (212) 637-2786
david.bober@usdoj.gov

TO:   Joanne Marie Dwyer
Law Office of Joanne M. Dwyer
225 Broadway, 41st Flr.
New York, NY 10007

Susan P. Scharfstein
City of New York Law Department
100 Church Street
New York, NY 10007

2