DOC # 34

Rev. 6/82)

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DIEGO ALCANTARA

DOCKET NO. S1 04 Cr. 345

MAGISTRATE'S CASE NO.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

DIEGO ALCANTARA

ANT ISSUED ON THE BASIS OF:    ☐ Order of Court
Indictment   ☐ Information   ☐ Complaint

DISTRICT OF ARREST

AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Money-Laundering Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 1956(h) |

BAIL | OTHER CONDITIONS OF RELEASE

) BY Debra C. Freeman

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) [signed]

DATE ORDERED 4/20/04

F COURT | (BY) DEPUTY CLERK | DATE ISSUED

### RETURN

This warrant was received and executed with the arrest of the above-named person.

EIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER

CUTED

The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.