DOC # 77

U. S. DISTRICT COURT
FILED
JAN 10 2005
S. D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

        - v. -                        :    NOLLE PROSEQUI

DIEGO ALCANTARA,                      :    S2 04 Cr. 345 (HB)

                        Defendant.    :

- - - - - - - - - - - - - - - - - - - x

     1.    The filing of this <u>nolle prosequi</u> will dispose of the above indictment and any and all underlying indictments with respect to the defendant DIEGO ALCANTARA.

     2.    On or about April 20, 2004, Indictment S1 04 Cr. 345 (HB) was filed, charging, among others, defendant DIEGO ALCANTARA, with conspiracy to commit money laundering and money laundering, in violation of Title 18, United States Code, Section 1956.    An additional superseding indictment, S2 04 Cr. 345(HB), was filed on or about May 3, 2004.

     3.    Based on a review of the evidence in the case and information pertaining to this defendant acquired subsequent to the filing of this indictment, including information provided by the defendant and his counsel, it has been concluded that further prosecution of DIEGO ALCANTARA would not be in the interests of justice.

     4.    In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to defendant DIEGO ALCANTARA with respect to Indictment S2 04 Cr. 345 (HB) and all underlying

JAN 11 2005    9:00 AM

indictments charging DIEGO ALCANTARA.

_____
BOYD M. JOHNSON III
Assistant United States Attorney
Telephone: (212) 637-2276

Dated: New York, New York
January 10, 2005


        Upon the foregoing recommendation, I hereby direct,
with leave of the Court, that this order of nolle prosequi be
filed as to defendant DIEGO ALCANTARA with respect to Indictment
S2 04 Cr. 345 (HB) and all underlying indictments charging DIEGO
ALCANTARA.

_____
DAVID N. KELLEY
United States Attorney
Southern District of New York

Dated: New York, New York
January 10, 2005


SO ORDERED:

_____
HONORABLE HAROLD BAER, JR.
United States District Judge

Dated: New York, New York
January 10, 2005

-2-