


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/20/08

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-227-4071*
*Facsimile: (212) 788-9776*
*sscharfs@law.nyc.gov*

August 19, 2008

**BY HAND**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
8/19/08

Re: Alcantara v. City of New York, et al., 07 CV 6480 (JGK)

Dear Judge Koeltl:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for individually-named defendant Office of the Special Narcotics Prosecutor for the City of New York UC # 133 in the above-referenced action alleging violations of plaintiff's civil rights.

    I write to request an enlargement of time in which to submit this defendant's papers in support of his motion to dismiss this action against him from the current due date of August 22, 2008, to August 29, 2008. The reason for this request is a scheduling conflict that has arisen as a result of other unexpected work commitments to which I have had to devote substantial time over the last several weeks. Plaintiff's counsel and counsel for the federal co-defendants named in this action have both advised me that they consent to this request and to the proposed revised briefing schedule set forth below.

    The briefing schedule currently is as follows: (i) UC # 133's motion papers to be submitted on or before August 22, 2008;[1] (ii) opposition papers to be submitted on or before

---

[1] The federal defendants submitted their motion papers on August 8, 2008, pursuant to the schedule set by the Court. As the Court may recall, the date for UC # 133's motion papers was set for two weeks after submission of the federal defendants' papers, to avoid unnecessary

Continued...



September 19, 2008; (iii) reply papers to be submitted on or before October 3, 2008. We propose the following revised schedule: (i) UC # 133's motion papers to be submitted on or before August 29, 2008; (ii) opposition papers to be submitted on or before September 26, 2008; (iii) reply papers to be submitted on or before October 10, 2008.

Accordingly, we respectfully request that the Court grant this request for a brief extension of time for UC # 133 to submit motion papers and adopt the revised briefing schedule proposed above. No previous request has been made by defendant for an enlargement of time in which to submit moving papers.

Thank you for your consideration herein.

Respectfully submitted,

Susan P. Scharfstein

cc:   Joanne Dwyer, Esq.
      Attorney at Law
      225 Broadway, 41st Floor
      New York, NY 10007
      (by hand)

      David Bober, Esq.
      Assistant United States Attorney
      Southern District of New York
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      (by hand)

---

overlap in the arguments by co-defendants, which are substantially similar and, accordingly, to avoid unnecessarily lengthy submissions.