UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DIEGO ALCANTARA,

                            Plaintiff,

            -against-                              **NOTICE OF MOTION**

                                                                   07 CV 6480 (JGK)

OFFICE OF THE SPECIAL NARCOTICS
PROSECUTOR FOR THE CITY OF NEW YORK
UC 133, Individually and as an undercover officer
for the Office of the Special Narcotics Prosecutor for
the City of New York, UNITED STATES
DEPARTMENT OF JUSTICE DRUG
ENFORCEMENT ADMINISTRATION SPECIAL
AGENT MARK CRANE, UNITED STATES
DEPARTMENT OF JUSTICE DRUG
ENFORCEMENT ADMINISTRATION SPECIAL
AGENT JOHN OLDANO, UNITED STATES
DEPARTMENT OF JUSTICE DRUG
ENFORCEMENT ADMINISTRATION SPECIAL
AGENT MICHAEL DELLAMARA, and UNITED
STATES DEPARTMENT OF JUSTICE DRUG
ENFORCEMENT ADMINISTRATION Group
Supervisor NICHOLAS CARUSO, all individual
USDOJ DEA Defendants are being sued in their
individual capacities,

                            Defendants.

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Office of the Special Narcotics Prosecutor for the City of New York UC # 133, dated August 25, 2008, the Local Civil Rule 56.1 Statement submitted by defendant Office of the Special Narcotics Prosecutor for the City of New York UC # 133 dated August 29, 2008, and the accompanying memorandum of law dated August 29, 2008, and upon all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable John G. Koeltl, United States

District Judge, at the United States Courthouse for the Southern District located at 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing this action with prejudice in all respects or, alternatively, for summary judgment pursuant to Rule 56, together with such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on or before September 26, 2008.

**PLEASE TAKE FURTHER NOTICE** that reply papers will be served on or before October 10, 2008.

Dated: New York, New York
August 29, 2008

        **MICHAEL A. CARDOZO**
        Corporation Counsel of the
          City of New York
        Attorney for Defendant Office of the Special
          Narcotics Prosecutor for the City of New
          York UC # 133
        100 Church Street
        New York, New York 10007
        (212) 227-4071

By: _____/S/_____
     SUSAN P. SCHARFSTEIN (SS 2476)

To:    Joanne M. Dwyer, Esq.
Attorney at Law
225 Broadway, 41st Floor
New York, NY 10016

David Bober, Esq.
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Index No. 07 CV 6480 (JGK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIEGO ALCANTARA,

Plaintiff,

-against-

OFFICE OF THE SPECIAL NARCOTICS PROSECUTOR FOR THE CITY OF NEW YORK UC 133, Individually and as an undercover officer for the Office of the Special Narcotics Prosecutor for the City of New York, UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT MARK CRANE, UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT JOHN OLDANO, UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION SPECIAL AGENT MICHAEL DELLAMARA, and UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION Group Supervisor NICHOLAS CARUSO, all individual USDOJ DEA Defendants are being sued in their individual capacities,

Defendants.

**DEFENDANT OFFICE OF THE SPECIAL NARCOTICS PROSECUTOR FOR THE CITY OF NEW YORK UC # 133'S NOTICE OF MOTION**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendant Office of the Special
Narcotics Prosecutor for the City of New York
UC # 133
New York, N.Y. 10007

*Of Counsel: Susan P. Scharfstein (SS 2476)*
*Tel: (212) 227-4071*
*NYCLIS No.:*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..............................., 200 ...*

*............................................................. Esq.*

*Attorney for..........................................................*